IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| **Robert M. Goforth,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**Tennessee Valley Authority and Day & Zimmerman NPS, Inc.,**<br><br>　　　　Defendant. | Case No. 1:20-cv-254<br><br>U.S. District Judge McDonough<br><br>Magistrate Judge Lee |

## NOTICE OF FILING JOINT APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant Day & Zimmermann NPS, Inc. files the attached Joint Appendix in support of motion for summary judgment.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Christopher Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　J. Christopher Anderson, (TN BPR No. 19279)
　　　　　　　　　　　　　　　　　　　　　　　　chrisanderson@littler.com
　　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　333 Commerce Street, Suite 1450
　　　　　　　　　　　　　　　　　　　　　　　　Nashville, TN 37201
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 615.383-3033

　　　　　　　　　　　　　　　　　　　　　　　　Paul C. Lantis (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　plantis@littler.com
　　　　　　　　　　　　　　　　　　　　　　　　Hannah M. Lindgren (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　　　　hlindgren@littler.com
　　　　　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON P.C.
　　　　　　　　　　　　　　　　　　　　　　　　Three Parkway
　　　　　　　　　　　　　　　　　　　　　　　　1601 Cherry Street, Suite 1400
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102.1321
　　　　　　　　　　　　　　　　　　　　　　　　Telephone:　267.402.3000
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:　267.402.3131

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant, Day & Zimmermann NPS, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of November 2021, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings as follows:

James M. Johnson
Law Offices of James M. Johnson
620 Lindsay Street, Suite 210
Chattanooga, TN 37403
jj@jamesmjohnsonatty.com

Justin S. Gilbert
Gilbert McWherter Scott & Bobbitt
100 Martin Luther King Blvd., Suite 500
Chattanooga, TN 37402
justin@schoolandworklaw.com

Michael Bernier
Stephen T. Mealor
Office of the General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
865.632.8968
mvbernier@tva.gov
stmealor@tva.gov

*/s/ J. Christopher Anderson*
J. Christopher Anderson